UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEFF DRAZAN and RORY O'DRISCOLL

CASE NO. 3:10-cv-01371-SI

Plaintiff(s),

v.

ATLANTIC MUTUAL INSURANCE
COMPANY, et al.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)   (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓   Private ADR (*please identify process and provider*)  Private mediation with
Justice Joanne Parrilli, ADR Services, Inc., 50 Fremont St., Ste. 2110, San Francisco, CA 94105 (currently scheduled for 6/29/2010)

The parties agree to hold the ADR session by:
✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____


Dated: June 14, 2010            /s/ Blane A. Smith
                                Attorney for Plaintiff

Dated: June 14, 2010            /s/ Hillary C. Agnost
                                Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ✓ Private ADR

Deadline for ADR session
- ✓ 90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated:_____

*Susan Illston*

UNITED STATES ~~MAGISTRATE~~ JUDGE

| Re: | Jeff Drazan and Rory O'Driscoll v. Atlantic Mutual Ins. Co., et al. |
|---|---|
| Court: | United States District Court for the Northern District of California |
| Action No. | 3:10-cv-01371-SI |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On June 14, 2010, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Mr. Blane A. Smith  
Farmer, Smith & Lane LLP  
3620 American River Drive, Ste. 218  
Sacramento, CA  95864  
Telephone No.:   (916) 679-6565  
Fax No.:            (916) 679-6575  
Email:  bsmith@farmersmithlaw.com

Attorneys for Plaintiffs:  
Jeff Drazan and Rory O'Driscoll

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 14, 2010

*/s/ M. Shelby*
Marisa D. Shelby

1

Case No.: 3:10-cv-01371-SI