IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF DRAZAN,<br><br>    Plaintiff,<br><br>v.<br><br>ATLANTIC MUTUAL INS CO,<br><br>    Defendant.<br>_____/ | No. C 10-01371 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

Defendant's Motion to Dismiss: September 3, 2010, at 9:00 a.m.
(File: 7/30/10, Oppose: 8/13/10, Reply 8/23/10)

FURTHER CASE MANAGEMENT: September 3, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 11, 2011.

DESIGNATION OF EXPERTS: 4/1/11; REBUTTAL: 4/25/11.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 31, 2011.

DISPOSITIVE MOTIONS **SHALL** be filed by August 12, 2011;

    Opp. Due August 26, 2011; Reply Due September 2, 2011;

    and set for hearing no later than September 16, 2011 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 18, 2011 at 3:30 PM.

JURY TRIAL DATE: November 7, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff' shall file the amended complaint by 7/19/10.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

                                         SUSAN ILLSTON
                                         United States District Judge