Gary R. Selvin, State Bar No. 112030
Hillary C. Agnost, State Bar No. 222099
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:  gselvin@selvinwraith.com
         hagnost@selvinwraith.com

Attorneys for Defendants
Atlantic Mutual Insurance Company,
OneBeacon Insurance Company, and
OneBeacon Insurance Group, Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| JEFF DRAZAN and RORY O'DRISCOLL,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY, ONEBEACON INSURANCE COMPANY, and ONEBEACON INSURANCE GROUP LIMITED,<br><br>Defendants. | Case No.: 3:10-cv-01371-SI<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Assigned For All Purposes including Trial To: Judge Susan Illston<br>Courtroom 10, 19th Floor<br><br>Complaint Filed: March 31, 2010<br>First Amended Complaint Filed: July 15, 2010 |

IT IS HEREBY STIPULATED between the parties through their counsel of record that the Case Management Conference currently scheduled for September 3, 2010 at 3:00 p.m. be continued to September 10, 2010 at 3:00 p.m.

Dated: September 2, 2010                SELVIN WRAITH HALMAN LLP


                                        By: _____/s/ Gary R. Selvin_____
                                            Gary R. Selvin
                                            Hillary C. Agnost
                                            Attorneys for Defendants
                                            Atlantic Mutual Insurance Company, OneBeacon Insurance Company, and OneBeacon Insurance Group, Ltd.

---
1
**Stipulation and Order to Continue Case Management Conference      Case No.: 3:10-cv-01371-SI**

| | | |
|---|---|---|
|1| | |
|2|Dated: September 2, 2010|FARMER, SMITH & LANE LLP|
|3| | |
|4| |By: _____/s/ Blane A. Smith_____|
|5| |Blane A. Smith<br>Attorneys for Plaintiffs<br>Jeff Drazan and Rory O'Driscoll|
|6| | |

### ORDER

It is hereby ordered that the September 3, 2010 Case Management Conference be continued to September 10, 2010 at 3:00 p.m.

Dated: _____        _____
                                Judge Susan Illston

2
**Stipulation and Order to Continue Case Management Conference    Case No.: 3:10-cv-01371-SI**

| Re: | Jeff Drazan and Rory O'Driscoll v. Atlantic Mutual Ins. Co., et al. |
|---|---|
| Court: | United States District Court for the Northern District of California |
| Action No. | 3:10-cv-01371-SI |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On September 2, 2010, I served the following document(s):

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Mr. Blane A. Smith<br>Farmer, Smith & Lane LLP<br>3620 American River Drive, Ste. 218<br>Sacramento, CA  95864<br>Telephone No.:   (916) 679-6565<br>Fax No.:              (916) 679-6575<br>Email:  bsmith@farmersmithlaw.com | Attorneys for Plaintiffs:<br>Jeff Drazan and Rory O'Driscoll |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 2, 2010

_____
Marisa D. Shelby

1

Case No.: 3:10-cv-01371-SI