IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| JEFF DRAZAN and RORY O'DRISCOLL,<br><br>    Plaintiff,<br><br>    v.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY, ONEBEACON INSURANCE COMPANY, and ONEBEACON INSURANCE GROUP LIMITED,<br><br>    Defendants. | Case No.: 3:10-cv-01371-SI<br><br>**[Proposed] Order**<br><br>Assigned For All Purposes including Trial To:<br>Judge Susan Illston<br>Courtroom 10, 19th Floor<br><br>Complaint Filed:  March 31, 2010<br>First Amended Complaint Filed:  July 15, 2010 |

This action is ordered stayed until March 15, 2011.

Dated: 9/22/10

_____
Honorable Susan Illston

75718.doc

1

**Order**                                                                                      **Case No.: 3:10-cv-01371-SI**