IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| JEFF DRAZAN and RORY O'DRISCOLL,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY, ONEBEACON INSURANCE COMPANY, and ONEBEACON INSURANCE GROUP LIMITED,<br><br>Defendants. | CASE NO.: 3:10-cv-01371-SI<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Assigned For All Purposes Including Trial To: Honorable Susan Illston, Courtroom 10, 19th Fl.<br><br>Complaint Filed: March 31, 2010<br>1st Amended Complaint Filed: July 15, 2010 |

IT IS HEREBY ORDERED THAT the April 8, 2011 Case Management Conference be continued to May 20, 2011 at 3:00 p.m.

Joint statement shall be filed one week prior to the conference.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: 3/29/11

Honorable Susan Illston