Mr. Blane A. Smith, State Bar No. 96795
FARMER, SMITH & LANE LLP
3620 American River Drive, Suite 218
Sacramento, CA 95864
Telephone: (916) 679-6565
Facsimile: (916) 679-6575
E-mail: bsmith@farmersmithlaw.com

Attorney for Plaintiffs
Jeff Drazan and Rory O'Driscoll

Mr. Gary R. Selvin, State Bar No. 112030
Selvin Wraith Halman LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976
E-Mail: gselvin@selvinwraith.com

Attorney for Defendants
Atlantic Mutual Insurance Co., OneBeacon Insurance Co.,
OneBeacon Insurance Group Limited

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| JEFF DRAZAN and RORY O'DRISCOLL, <br><br> Plaintiffs, <br><br> v. <br><br> ATLANTIC MUTUAL INSURANCE COMPANY, ONEBEACON INSURANCE COMPANY, and ONEBEACON INSURANCE GROUP LIMITED, <br><br> Defendants. | CASE NO.: 3:10-cv-01371-SI <br><br> **STIPULATED DISMISSAL** <br> [Pursuant to F.R.C.P. 41(a)(1)(A)(ii)] <br><br> Assigned For All Purposes Including Trial To: <br> Honorable Susan Illston, Courtroom 10, 19th Fl. <br><br> Complaint Filed: March 31, 2010 <br> 1st Amended Complaint Filed: July 15, 2010 |

Plaintiffs and defendants have settled the case, and therefore, pursuant to Rule 41(a)(1)(A)(ii) stipulate to a dismissal of the action with prejudice, with each party to bear its own fees and costs.

| | |
|---|---|
| Dated: 6/2/11 | SELVIN WRAITH HALMAN LLP |
| | By: /s/ Gary R. Selvin |
| | Gary R. Selvin |
| | Attorneys for Defendants |
| | Atlantic Mutual Insurance Company, |
| | OneBeacon Insurance Company, and |
| | OneBeacon Insurance Group, Ltd. |
| Dated: 6/2/11 | FARMER, SMITH & LANE LLP |
| | By: /s/ Blane A. Smith |
| | Blane A. Smith |
| | Attorneys for Plaintiffs |
| | Jeff Drazan and Rory O'Driscoll |

26684

| | |
|---|---|
| RE: | Jeff Drazan and Rory O'Driscoll v. Atlantic Mutual Ins. Co., et al. |
| COURT: | United States District Court for the Northern District of California |
| ACTION NO.: | 3:10-cv-01371-SI |

### CERTIFICATE OF SERVICE

I certify that I am a citizen of the United States and am employed in Sacramento County, where this mailing occurs. My business address is 3620 American River Drive, Suite 218, Sacramento, California 95864. I am over the age of 18 years and not a party to the within cause. On June 3, 2011, following ordinary business practice, I served the foregoing document(s) described as:

### STIPULATED DISMISSAL

addressed to each of the persons named below at the address shown:

| | |
|---|---|
| **ATTORNEY FOR DEFENDANTS:**<br>Gary Selvin, Esq.<br>Hilary Agnost, Esq.<br>Selvin Wraith Halman LLP<br>505 14th Street, Suite 1200<br>Oakland, CA  94612<br>(510) 874-1811<br>(510) 465-8976<br>gselvin@selvinwraith.com<br>hagnost@selvinwraith.com | |



[X] **BY COURTLINK E-FILE:** I caused such document to be electronically uploaded into the Court's electronic filing CM/ECF system, which also constitutes service upon the parties pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Local Rule 5-135(a).

I certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 3, 2011, at Sacramento, California.

_____
Susie Hryekewicz